No. 01–8167. IN RE JOHNSON;
No. 01–8174. IN RE COX;
No. 01–8175. IN RE CLIFTON;
No. 01–8181. IN RE BECERRA; and
No. 01–8229. IN RE TROBAUGH. Petitions for writs of habeas corpus denied.

No. 01–7525. IN RE RAPOSO. Petition for writ of mandamus denied.

No. 01–653. FEDERAL COMMUNICATIONS COMMISSION *v.* NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL.; and
No. 01–657. ARCTIC SLOPE REGIONAL CORP. ET AL. *v.* NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. C. A. D. C. Cir. Motion of Urban Comm-North Carolina, Inc., for leave to file a brief as *amicus curiae* in No. 01–653 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 00–9686. BAEZ *v.* HALL ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–734. WASHINGTON STATE MEDICAL QUALITY ASSURANCE COMMISSION *v.* NGUYEN. Sup. Ct. Wash. Certiorari denied.

No. 01–758. UNITED PARCEL SERVICE, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 01–791. CITY OF SAINT PAUL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.